UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CV1651 CDP |
| | ) | |
| ONE HUNDRED, FOUR | ) | |
| THOUSAND DOLLARS | ) | |
| ($104,000.00) U.S. CURRENCY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

For reasons stated in the Government's motion,

**IT IS HEREBY ORDERED** that the government's motion to extend the time for completion of discovery [#13] is granted and all discovery in this case shall be completed no later than **July 25, 2009**.

**IT IS FURTHER ORDERED** that this case is set for a **NON-JURY** trial on **August 24, 2009 at 9:00 a.m.** This is a **two (2)** week docket. Pretrial submissions remain due 20 days before trial.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of May, 2009.