UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:08CV01651 CDP |
| ) | |
| ONE HUNDRED AND FOUR ) | |
| THOUSAND DOLLARS ) | |
| ($104,000.00) U.S. CURRENCY, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING SETTLEMENT AGREEMENT

A Settlement Agreement and Mutual Release of All Claims having been filed by the United States of America and the claimant, Jerome Thompson,

IT IS HEREBY ORDERED THAT, pursuant to that agreement, a portion of the defendant currency in the amount of Five Thousand, Two Hundred Dollars ($5,200.00) shall be forfeited to the United States of America to be disposed of according to law,

A portion of the defendant currency in the amount of Ninety-Eight Thousand, Eight Hundred Dollars ($98,800.00) shall be returned to the claimant, Jerome Thompson, and

This matter is dismissed, with each party to bear its own costs.

IT IS SO ORDERED,

_____
UNITED STATES DISTRICT JUDGE

Dated this ___ Day of July, 2009.

